

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free



RECEIVED
AUG 1 6 2010
AT 8:30
WILLIAM T. WALSH ——M
CLERK

August 12, 2010

Lennox S. Hinds
Stevens, Hinds & White, P.C.
116 West 111th Street,
New York, NY  10026-4026

Re: Sherrie Russell-Brown, Pltf. vs. The University of Florida, et al. including The University of Oxford, Dfts.

Case No.  10-cv-04017

Dear Sir/Madam:

We are herewith returning the Letter, Summons, Complaint which we received regarding the above captioned matter.

The University of Oxford is not listed on our records or on the records of the State of DE.

Very truly yours,

Amy Baccellieri
SOP Process Specialist

Log# 517101834

FedEx Tracking# 792203854658

cc: United States District Court
    Clarkson S. Fisher U.S. Courthouse,
    402 E. State Street,
    Rm. 2020,
    Trenton, NJ  08608