Zoe E. Jasper (zjasper@ssbb.com)
Satterlee Stephens Burke & Burke LLP
33 Wood Avenue South
Iselin, New Jersey
(212) 818-9200

*Attorneys for Defendant the University of Oxford*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHERRIE RUSSELL-BROWN,<br><br>          Plaintiff,<br><br>   v.<br><br>THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES; ROBERT H. JERRY, II, in his individual and official capacities as Dean of the University of Florida, Levin College of Law; THE UNIVERSITY OF OXFORD; THE UNIVERSITY OF FLORIDA, LEVIN COLLEGE OF LAW,<br><br>          Defendants. | Civ. A. No. 2:10-cv-04017-SDW-MCA<br><br><br>**APPLICATION AND CLERK'S ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO PLAINTIFF'S COMPLAINT** |

APPLICATION is hereby made pursuant to Local Civil Rule 6.1(b) for a Clerk's Order extending by fourteen days the time within which defendant the University of Oxford may answer, move or otherwise reply to the Complaint of plaintiff Sherrie Russell-Brown ("Plaintiff"), and it is represented that:

      1.    Plaintiff's Complaint was filed with the United States District Court for the District of New Jersey on August 5, 2010 [Docket Entry No. 1].

      2.    Plaintiff purported to serve the University of Oxford in the United Kingdom via service by mail. According to the Return of Service filed by Plaintiff [Docket Entry No. 4], the Summons and Complaint was received by the University of Oxford on August 13, 2010.

3.      In accordance with the Federal Rules of Civil Procedure, the time in which the University of Oxford may answer, move or otherwise reply expires on September 3, 2010.

4.      No previous extension of time has been sought by the University of Oxford.  The granting of this application will extend the time within which the University of Oxford will answer, move or otherwise respond to Plaintiff's Complaint through and including Friday, September 17, 2010.


Dated: August 26, 2010

                              Respectfully submitted,

                              SATTERLEE STEPHENS BURKE & BURKE LLP

                              By: _____
                                  Zoe E. Jasper (zjasper@ssbb.com)

**SO ORDERED:**

The above application is GRANTED AND ORDERED this ___ day of _____, 2010.

                              WILLIAM T. WALSH, Clerk


                              By:_____


812259_1