Zoe E. Jasper (zjasper@ssbb.com)
Satterlee Stephens Burke & Burke LLP
33 Wood Avenue South
Iselin, New Jersey
(212) 818-9200

*Attorneys for Defendant the University of Oxford*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHERRIE RUSSELL-BROWN,<br><br>                    Plaintiff,<br>         v.<br><br>THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES; ROBERT H. JERRY, II, in his individual and official capacities as Dean of the University of Florida, Levin College of Law; THE UNIVERSITY OF OXFORD; THE UNIVERSITY OF FLORIDA, LEVIN COLLEGE OF LAW,<br><br>                    Defendants. | Civ. A. No. 2:10-cv-04017-SDW-MCA<br><br>**APPLICATION AND CLERK'S ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO PLAINTIFF'S AMENDED COMPLAINT** |

APPLICATION is hereby made pursuant to Local Civil Rule 6.1(b) for a Clerk's Order extending by fourteen days the time within which defendant Oxford University Development (North America) may answer, move or otherwise reply to the Amended Complaint of plaintiff Sherrie Russell-Brown ("Plaintiff"), and it is represented that:

    1.    Plaintiff's Amended Complaint was filed with the United States District Court for the District of New Jersey on August 31, 2010.  [Docket Entry No. 7.]

    2.    The Amended Complaint added as a defendant Oxford University Development (North America).

    3.    Plaintiff purported to serve Oxford University Development (North America) via service on a registered agent for the receipt of service of process.  According to the

812259_2

Return of Service filed by Plaintiff [Docket Entry No. 8], the Summons and Complaint was sent to the agent via overnight mail on September 2, 2010.

       4.      In accordance with the Federal Rules of Civil Procedure, the time in which the University of Oxford may answer, move or otherwise reply currently expires on September 24, 2010.

       5.      No previous extension of time has been sought by Oxford University Development (North America).  The granting of this application will extend the time within which Oxford University Development (North America) will answer, move or otherwise respond to Plaintiff's Complaint through and including Friday, October 8, 2010.

Dated: September 7, 2010

                          Respectfully submitted,

                          SATTERLEE STEPHENS BURKE & BURKE LLP

                          By:   /s/ Zoe E. Jasper
                              Zoe E. Jasper (zjasper@ssbb.com)

**SO ORDERED:**

The above application is GRANTED AND ORDERED this ___ day of _____, 2010.

                          WILLIAM T. WALSH, Clerk

                          By:_____