Zoe E. Jasper (zjasper@ssbb.com)
Satterlee Stephens Burke & Burke LLP
33 Wood Avenue South
Iselin, New Jersey
(212) 818-9200

*Attorneys for Defendant the University of Oxford*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHERRIE RUSSELL-BROWN,<br><br>                    Plaintiff,<br>v.<br><br>THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES; ROBERT H. JERRY, II, in his individual and official capacities as Dean of the University of Florida, Levin College of Law; THE UNIVERSITY OF OXFORD; THE UNIVERSITY OF FLORIDA, LEVIN COLLEGE OF LAW,<br><br>                    Defendants. | Civ. A. No. 2:10-cv-04017-SDW-MCA<br><br>**APPLICATION AND CLERK'S ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY TO PLAINTIFF'S AMENDED COMPLAINT** |

APPLICATION is hereby made pursuant to Local Civil Rule 6.1(b) for a Clerk's Order extending by fourteen days the time within which defendant the University of Oxford may answer, move or otherwise reply to the Amended Complaint of plaintiff Sherrie Russell-Brown ("Plaintiff"), and it is represented that:

1. Plaintiff's Amended Complaint was filed with the United States District Court for the District of New Jersey on August 31, 2010. [Docket Entry No. 7.]

2. Plaintiff purported to serve the University of Oxford in the United Kingdom via the Electronic Case Filing system. [See Return of Service Executed, Docket No. 8, ¶ 6.]

3. The time in which the University of Oxford may answer, move or otherwise reply currently expires on September 17, 2010. [Docket Entry No. 6.]

4.  The University of Oxford has not previously sought an extension of time to respond to Plaintiff's Amended Complaint. The granting of this application will extend the time within which the University of Oxford will answer, move or otherwise respond to Plaintiff's Amended Complaint through and including Friday, October 1, 2010.

Dated: September 7, 2010

Respectfully submitted,

SATTERLEE STEPHENS BURKE & BURKE LLP

By: *(signature)*
Zoë E. Jasper (zjasper@ssbb.com)

**SO ORDERED:**

The above application is GRANTED AND ORDERED this ___ day of _____, 2010.

WILLIAM T. WALSH, Clerk

By:_____