## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SHERRIE RUSSELL-BROWN,<br><br>    Plaintiff,<br><br><br>       v.<br><br><br>THE UNIVERSITY OF FLORIDA, BOARD<br>OF TRUSTEES, et al<br><br><br>    Defendants. | Civil Action No. 2:10-cv-04017-SDW-MCA<br><br>**NOTICE OF APPEARANCE** |

McCusker, Anselmi, Rosen & Carvelli, PC (Bruce S. Rosen, Esq., appearing)

herby enters its appearance on behalf of Defendants, ALM Media, LLC, William L.

Pollak and Karen Sloan.


                                    _/s/_____
                                    Bruce S. Rosen, Esq.
                                    McCUSKER, ANSELMI, ROSEN,
                                     & CARVELLI, P.C.
                                    Attorneys for Defendants, ALM Media, LLC,
                                    William L. Pollak and Karen Sloan
                                    210 Park Ave., Suite 3101
                                    Florham Park, New Jersey 07932
                                    (973) 635-6300
                                    (973) 635-6300

Dated: October, 1, 2010