McCUSKER, ANSELMI, ROSEN & CARVELLI, P.C.
210 Park Avenue, Suite 301
Florham Park, New Jersey 07932
Telephone: (973) 635-6300
Facsimile: (973) 635-6363

Attorneys for Defendants ALM Media, LLC, William L. Pollak and Karen Sloan

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHERRIE RUSSELL-BROWN,<br><br>Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF FLORIDA, BOARD OF TRUSTEES, et al<br><br>Defendants. | Civil Action No. 2:10-cv-04017-SDW-MCA<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER, MOVE OR OTHERWISE REPLY** |

The parties having consented to extend the time within which defendants ALM Media, LLC, William L. Pollak and Karen Sloan ("Defendants") may answer, move, or otherwise reply to the Amended Complaint filed by plaintiff herein for an additional 45 days, and no previous extension having been requested, and this Court, for good cause shown, hereby

**ORDERS** that the time by which the Defendants may answer, move or otherwise reply is hereby extended through and including Monday, November 15, 2010.

HON. MADELINE COX ARLEO, U.S.M.J.

Consent as to form

Lennox Hinds, Esq.