# Stevens, Hinds & White, P.C.

HOPE R. STEVENS (1904-1982)
JAVIER A. WHITE (1945-1987)
LENNOX S. HINDS *

ATTORNEYS AT LAW
116 WEST 111TH STREET
NEW YORK, NY 10026

NEW JERSEY OFFICE
42 VAN DOREN AVENUE
SOMERSET, NJ 08873
(732) 873-3096

Of-Counsel:
JULIETTE CHINAUD
GNOLEBA R. SERI *
DIDIER SEPHO◊

TEL: (212) 864-4445
FAX: (212) 222-2680
E-MAIL: lawfirmshw@yahoo.com

PARIS OFFICE
27, AVENUE DE L'OPERA
75001 PARIS

*Also in*
* New Jersey
◊ Paris

October 13, 2010

### VIA ELECTRONIC FILING

Honorable Susan D. Wigenton, United States District Judge
KING FED. BLDG. & UNITED STATES COURTHOUSE
50 Walnut Street, P.O. Box 999
Newark, New Jersey 07101-0999

    Re:    **Russell-Brown v. The University of Florida Board of Trustees et al., No. 10-cv-04017-SDW-MCA**

Dear Judge Wigenton:

I represent Plaintiff Sherrie Russell-Brown in the above-referenced matter. Pursuant to L.Civ.R.7.1(d)(5), I write to obtain the automatic extension of Ms. Russell-Brown's time to file her opposition papers to Defendants' Motions to Dismiss (Docs. 24-26). The current motion date for Defendant the University of Oxford's Motion to Dismiss (Doc. 24) and Motion for Leave to File under Seal Certain Documents Filed in Support of the University of Oxford's Motion to Dismiss (Doc. 25) is November 1, 2010. Ms. Russell-Brown respectfully requests an adjournment of that date to November 15, 2010. The current motion date for Defendant Oxford University Development (North America), Inc.'s Motion to Dismiss (Doc. 26) is November 15, 2010. Ms. Russell-Brown respectfully requests an adjournment of that date to December 6, 2010.

    Thank you for your consideration.

    Respectfully yours,

    Lennox S. Hinds

LSH/sbt

cc:    Zoe Eva Jasper, Esq., Attorney for Defendants the University of Oxford and Oxford University Development (North America), Inc. (via CM/ECF)
Bruce Rosen, Esq., Attorney for Defendants ALM Media, LLC, William L. Pollak and Karen Sloan (via CM/ECF)