Lennox S. Hinds, Esq. (NY Bar 8196)
**STEVENS, HINDS & WHITE, PC**
116 West 111th Street
New York, NY 10026-4026
Telephone: (212) 864-4445
Facsimile: (212) 222-2680
lawfirmshw@yahoo.com

*Counsel for Plaintiff Sherrie Russell-Brown*

### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------X
SHERRIE RUSSELL-BROWN,                :
                                      :
   Plaintiff,                          :
                                      :
                                      :   Civil Action No. 2:10-cv-04017-SDW-MCA
       v.                             :
                                      :
THE UNIVERSITY OF FLORIDA,            :   **APPLICATION AND CLERK'S ORDER**
BOARD OF TRUSTEES, THE                :   **EXTENDING TIME TO ANSWER,**
UNIVERSITY OF FLORIDA,                :   **MOVE OR OTHERWISE RESPOND**
LEVIN COLLEGE OF LAW,                 :
ROBERT H. JERRY, II, in his           :
individual and official capacities as :
Dean of the University of Florida,    :
Levin College of Law, THE             :
UNIVERSITY OF OXFORD,                 :
OXFORD UNIVERSITY                     :
DEVELOPMENT (NORTH AMERICA),          :
INC., ALM MEDIA, LLC, WILLIAM         :
L. POLLAK and KAREN SLOAN,            :
                                      :
   Defendants.                         :
                                      :
---------------------------------------------------------X

     APPLICATION is hereby made pursuant to L.Civ.R. 6.1(b) for a Clerk's Order extending by fourteen days the time within which Plaintiff Sherrie Russell-Brown may answer, move or otherwise respond to Defendant the University of Oxford's Motion for Leave to File under Seal Certain Documents Filed in Support of the University of Oxford's Motion to Dismiss (Doc. 25), and it is represented that:

1. Defendant the University of Oxford's Motion for Leave to File under Seal Certain Documents Filed in Support of the University of Oxford's Motion to Dismiss (Doc. 25) was served on Friday, October 8, 2010, with a return date of November 1, 2010.

2. Ms. Russell-Brown's deadline to respond expires Monday, October 18, 2010.

3. Undersigned counsel has contacted counsel of record for the University of Oxford to discuss the possibility of the parties preparing a comprehensive protective order, pursuant to L.Civ.R. 5.3.

4. No previous extension of time has been sought by Ms. Russell-Brown.

5. The granting of this application will extend the time within which Ms. Russell-Brown will answer, move or otherwise respond to Defendant the University of Oxford's Motion for Leave to File under Seal Certain Documents Filed in Support of the University of Oxford's Motion to Dismiss (Doc. 25), through and including, Monday, November 1, 2010.

Dated: New York, New York
October 15, 2010

Respectfully submitted,

STEVENS, HINDS & WHITE, PC

By:   s/ Lennox S. Hinds

Lennox S. Hinds, Esq. (NY Bar 8196)
116 West 111th Street
New York, NY 10026-4026
Telephone: (212) 864-4445
Facsimile: (212) 222-2680
lawfirmshw@yahoo.com

Counsel for Plaintiff Sherrie Russell-Brown

**SO ORDERED:**

The above application is GRANTED AND ORDERED this ___ day of _____, 2010.

WILLIAM T. WALSH, Clerk

By: _____

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 15, 2010, the foregoing has been filed with the Clerk of the Court and served electronically by using the CM/ECF system, upon the following:

Zoë Eva Jasper, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
33 Wood Avenue South
Iselin, New Jersey 08830
212-818-9200
zjasper@ssbb.com
*Attorneys for Defendants the University of Oxford and Oxford University Development (North America), Inc.*

Bruce Rosen, Esq.
MCCUSKER, ANSELMI, ROSEN & CARVELLI, P.C.
210 Park Avenue, Suite 301
P.O. Box 240
Florham Park, New Jersey 07932
BRosen@marc-law.com
973-635-6300
*Attorneys for Defendants ALM Media, LLC, William L. Pollak and Karen Sloan*

                                                s/ Lennox S. Hinds
                                                Lennox S. Hinds
                                                Attorney for Plaintiff