SATTERLEE STEPHENS BURKE & BURKE LLP
230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200

METROPARK
33 WOOD AVENUE SOUTH
ISELIN, NJ 08830
(732) 603-4966

FAX (212) 818-9606, 9607
www.ssbb.com

E-Mail: jdoty@ssbb.com
Direct Dial: (212) 404-8718

October 18, 2010

VIA ELECTRONIC FILING AND FIRST CLASS MAIL

The Honorable Susan J. Wigenton
United States District Judge
United States District Court for the District of New Jersey
Martin Luther King Courthouse
50 Walnut Street, Room 2060
Newark, NJ 07101

   Re: Russell-Brown v. The University of Florida Board of Trustees, , et al., No. 10-cv-4017-SDW-MCA

Dear Judge Wigenton:

   We represent defendants the University of Oxford ("Oxford") and Oxford University Development, North America, Inc. in the above-referenced action. We write to inform the Court of Plaintiff's consent to Oxford's Motion to File Under Seal (Docket No. 25).

   As explained in Oxford's brief in support of its motion, the documents sought to be filed under seal relate to Plaintiff's tenure as a graduate student at Oxford and her complaint before the Office of the Independent Adjudicator, an English administrative body that hears grievances of students who have attended English educational institutions. As further explained in Oxford's brief, Oxford seeks to file the documents under seal to protect any privacy interest Plaintiff may have in the relevant documents. Plaintiff's counsel has recently informed us that he believes that the documents should indeed be filed under seal and has, accordingly, authorized us to inform the Court that Oxford's Motion to File Under Seal is made with Plaintiff's consent. We recognize that the parties' agreement does not excuse Oxford from the requirements of Local Rule 5.3(c), which we believe are satisfied for the reasons stated in Oxford's memorandum.

               Respectfully submitted,

               James I. Doty