UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHERRIE RUSSELL-BROWN,<br><br>      Plaintiff,<br><br>  v.<br><br>THE UNIVERSITY OF FLORIDA BOARD OF TRUSTEES; THE UNIVERSITY OF FLORIDA, LEVIN COLLEGE OF LAW; ROBERT H. JERRY, II, in his individual and official capacities as Dean of the University of Florida, Levin College of Law; THE UNIVERSITY OF OXFORD; OXFORD UNIVERSITY DEVELOPMENT (NORTH AMERICA); ALM MEDIA, LLC; WILLIAM L. POLLAK; KAREN SLOAN,<br><br>      Defendants. | Civ. A. No. 2:10-cv-04017-SDW-MCA<br><br>[~~PROPOSED~~] ORDER GRANTING THE UNIVERSITY OF OXFORD'S MOTION FOR LEAVE TO FILE UNDER SEAL CERTAIN DOCUMENTS FILED IN SUPPORT OF ITS MOTION TO DISMISS |

  Defendant The University of Oxford ("Oxford") having moved for an order granting leave to file under seal certain documents ("Documents") filed in support of its Motion to Dismiss Plaintiff's Amended Complaint; and the Court having read and considered the papers submitted in support of this motion; and it appearing

  1. That the materials sought to be filed under seal reflects confidential and sensitive personal and educational information whose disclosure would harm the privacy interests of Plaintiff;

  2. That, inasmuch as Oxford has filed its brief in support of its Motion to Dismiss with minimal redactions, and given that the Documents consist of sensitive information, no less restrictive means exists of litigating Oxford's Motion to Dismiss while respecting (1) the privacy interests of Plaintiff and (2) the interest of Oxford in protecting the privacy of all students who study at the university;

  THEREFORE, on this 21st day of _____, 2010, it is ORDERED as follows:

816438_1

1. Oxford's Motion for Leave to File under Seal Certain Documents Filed in Support of its Motion to Dismiss is hereby GRANTED.

2. Oxford is hereby directed to file under seal (1) its Memorandum of Law; (2) the Declarations of Timothy Endicott, Frank Berman, and Vaughan Lowe; and (3) Exhibits B, C, D, and E to the Declaration of Timothy Endicott, all filed in support of Oxford's Motion to Dismiss Plaintiff's Amended Complaint.

October 21, 2010

The Honorable Susan Wigenton
United States District Judge

2

816438_1