McCUSKER, ANSELMI, ROSEN & CARVELLI, P.C.
210 Park Avenue, Suite 301
Florham Park, New Jersey 07932
Telephone: (973) 635-6300
Facsimile: (973) 635-6363

Attorneys for Defendants ALM Media, LLC, William L. Pollak and Karen Sloan

**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHERRIE RUSSELL-BROWN,<br><br>  Plaintiff,<br><br>  v.<br><br>THE UNIVERSITY OF FLORIDA, BOARD OF TRUSTEES, et al<br><br>  Defendants. | Civil Action No. 2:10-cv-04017-SDW-MCA<br><br>**NOTICE OF MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

To:  Lennox S. Hinds, Esq.
     STEVENS, HINDS & WHITE, PC
     116 West 111th Street
     New York, N.Y. 10026-4026
     *Attorneys for Plaintiff Sherrie Russell-Brown*

     **Walter Saurack, Esq.
     James I. Doty, Esq.
     Zoe E. Jasper, Esq.
     SATTERLEE, STEPHENS, BURKE & BURKE, LLP
     33 Wood Avenue South
     Iselin, N.J. 08830**
     *Attorneys for Defendants The University of Oxford and
     Oxford University Development, North America, Inc.*

  **PLEASE TAKE NOTICE** that the undersigned, attorneys for defendants ALM

Media, LLC, William L. Pollack and Karen Sloan, will move before the Honorable Susan

D. Wigenton, United States District Court Judge, District of New Jersey, at the Martin Luther King, Jr. Federal Building & Courthouse, Room 5060, 50 Walnut Street, Newark, N.J. 07102 on a date to be assigned by the Court, for an Order, in the form of the proposed order enclosed herewith, dismissing this action in the entirety and with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), on the ground that the First Amended Complaint of Plaintiff Sherrie Russell-Brown fails to state a claim upon which relief can be granted.

**PLEASE TAKE FURTHER NOTICE** that in support of the within motion, defendants ALM Media, LLC, William L. Pollack and Karen Sloan shall rely on the Memorandum of Law in Support of Media Defendants' Motion to Dismiss, filed herewith, as well as the Declaration of Fabio Bertoni, with exhibits,

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is also submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests oral argument in this matter.

    Respectfully submitted,

    McCUSKER, ANSELMI, ROSEN
    & CARVELLI
    A Professional Corporation
    210 Park Avenue, Suite 301
    Florham Park, N.J. 07932
    *Attorneys for Defendants*
    *ALM Media, LLC, William L. Pollack and Karen Sloan*

    By: /s/ Bruce S. Rosen
        Bruce S. Rosen

Dated: November 15, 2010