**SATTERLEE STEPHENS BURKE & BURKE LLP**
230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200

METROPARK
33 WOOD AVENUE SOUTH
ISELIN, NJ 08830
(732) 603-4966

FAX (212) 818-9606, 9607
www.ssbb.com

E-Mail: jdoty@ssbb.com
Direct Dial: (212) 404-8718

November 16, 2010

VIA ELECTRONIC FILING AND FIRST CLASS MAIL

The Honorable Susan J. Wigenton
United States District Judge
United States District Court for the District of New Jersey
Martin Luther King Courthouse
50 Walnut Street, Room 2060
Newark, NJ 07101

      Re:    <u>Russell-Brown v. The University of Florida Board of Trustees, , et al.</u>, No. 10-cv-4017-SDW-MCA

Dear Judge Wigenton:

      We represent defendants the University of Oxford ("Oxford") and Oxford University Development, North America, Inc. ("OUD") in the above-referenced action. We write to request that the Court grant the parties a moderate extension of the briefing schedule for the motions to dismiss filed by Oxford and OUD. Currently, Plaintiff's opposition briefs are due on November 22, 2010 and reply briefs are due on November 29, 2010. We request that the Court permit Plaintiff to file her opposition briefs by November 29, 2010 and permit Oxford and OUD to file their replies by December 13, 2010. Under this proposed schedule, both motions would be returnable on December 20, 2010. Plaintiff's counsel has consented to the proposed schedule.

                            Respectfully submitted,

                            James I. Doty