# *Stevens, Hinds & White, P.C.*

HOPE R. STEVENS (1904-1982)
JAVIER A. WHITE (1945-1987)
LENNOX S. HINDS *

ATTORNEYS AT LAW
116 WEST 111TH STREET
NEW YORK, NY 10026

NEW JERSEY OFFICE
42 VAN DOREN AVENUE
SOMERSET, NJ 08873
(732) 873-3096

Of-Counsel:
JULIETTE CHINAUD
GNOLEBA R. SERI *
DIDIER SEPHO◊

TEL: (212) 864-4445
FAX: (212) 222-2680
E-MAIL: lawfirmshw@yahoo.com

PARIS OFFICE
27, AVENUE DE L'OPERA
75001 PARIS

*Also in*
\* New Jersey
◊ Paris

November 17, 2010

## *VIA ELECTRONIC FILING*

Honorable Susan D. Wigenton, United States District Judge
KING FED. BLDG. & UNITED STATES COURTHOUSE
50 Walnut Street, P.O. Box 999
Newark, New Jersey 07101-0999

    Re:    Russell-Brown v. The University of Florida Board of Trustees et al., No. 10-cv-04017-SDW-MCA

Dear Judge Wigenton:

    I represent Plaintiff Sherrie Russell-Brown in the above-referenced matter. Pursuant to L.Civ.R.7.1(d)(5) and the consent of opposing counsel, I write to request an extension of Ms. Russell-Brown's time to file her opposition papers to the Motion to Dismiss (Doc. 36) of Defendants ALM Media, LLC, William L. Pollak and Karen Sloan (collectively, the "Media Defendants"). The current motion day for the Media Defendants' Motion to Dismiss is December 20, 2010. Ms. Russell-Brown respectfully requests an adjournment of that date to January 18, 2011. Ms. Russell-Brown also respectfully requests that the Court permit her to file her opposition brief by December 30, 2010 and permit the Media Defendants to file their reply by January 10, 2011. Counsel for the Media Defendants, Mr. Bruce Rosen, has consented to the proposed schedule.

    Thank you for your consideration.

Respectfully yours,

*Lennox S. Hinds*

LSH/sbt

cc:    Zoe Eva Jasper, Esq., Attorney for Defendants the University of Oxford and Oxford University Development (North America), Inc. (via CM/ECF)

       Bruce Rosen, Esq., Attorney for Defendants ALM Media, LLC, William L. Pollak and Karen Sloan (via CM/ECF)