Lennox S. Hinds, Esq. (NY Bar 8196)
**STEVENS, HINDS & WHITE, PC**
116 West 111th Street
New York, NY 10026-4026
Telephone: (212) 864-4445
Facsimile: (212) 222-2680
lawfirmshw@yahoo.com

*Counsel for Plaintiff Sherrie Russell-Brown*

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------X
SHERRIE RUSSELL-BROWN,                :
                                      :
   Plaintiff,                         :
                                      :
                                      :   Civil Action No. 2:10-cv-04017-SDW-MCA
        v.                     :
                                      :
THE UNIVERSITY OF FLORIDA,            :   **NOTICE OF MOTION**
BOARD OF TRUSTEES, THE                :   **TO AMEND COMPLAINT**
UNIVERSITY OF FLORIDA,                :
LEVIN COLLEGE OF LAW,                 :
ROBERT H. JERRY, II, in his           :
individual and official capacities as :
Dean of the University of Florida,    :
Levin College of Law, THE             :
UNIVERSITY OF OXFORD and              :
OXFORD UNIVERSITY                     :
DEVELOPMENT (NORTH AMERICA),          :
INC.,                                 :
                                      :
   Defendants.                        :
                                      :
---------------------------------------------------------X

**To:**   Zoë Eva Jasper, Esq.
          **SATTERLEE STEPHENS BURKE & BURKE LLP**
          **33 Wood Avenue South**
          **Iselin, New Jersey 08830**
          **732-603-4966**
          **zjasper@ssbb.com**
          **Attorneys for Defendants the University of Oxford and Oxford University Development (North America), Inc.**

          Ian S. Marx, Esq.
          **GREENBERG TRAURIG, LLP**

**200 Park Avenue
Florham Park, New Jersey 07932
973-360-7900
marxi@gtlaw.com
*Attorneys for Defendants the University of Florida, Board of Trustees, the University
of Florida, Levin College of Law and Robert H. Jerry, II***

**PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiff Sherrie Russell-Brown will move before the Honorable Susan D. Wigenton, United States District Court Judge, District of New Jersey, at the Martin Luther King, Jr. Federal Building & Courthouse, Room 5060, 50 Walnut Street, Newark, New Jersey 07102 on January 3, 2011 at 9:00 a.m., or on a date to be assigned by the Court, for an Order, pursuant to Fed. R. Civ. P. 15, allowing Plaintiff's Amended Complaint (Docket Entry No. 7) to be amended to name ALM Media, LLC, William L. Pollak and Karen Sloan, as Defendants, to include the specific factual allegations related to those parties and to provide additional jurisdictional facts.

**PLEASE TAKE FURTHER NOTICE** that counsel will rely on the annexed Certification, Exhibit, and any Oral Argument the Court requires.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

    Respectfully submitted,

    STEVENS, HINDS & WHITE, PC

    By:    s/ Lennox S. Hinds
        Lennox S. Hinds, Esq. (NY Bar 8196)
        116 West 111th Street
        New York, NY 10026-4026
        Telephone: (212) 864-4445
        Facsimile: (212) 222-2680
        lawfirmshw@yahoo.com
        *Counsel for Plaintiff Sherrie Russell-Brown*

Dated: New York, New York
       December 9, 2010