Lennox S. Hinds, Esq. (NY Bar 8196)
**STEVENS, HINDS & WHITE, PC**
116 West 111th Street
New York, NY 10026-4026
Telephone: (212) 864-4445
Facsimile: (212) 222-2680
lawfirmshw@yahoo.com

*Counsel for Plaintiff Sherrie Russell-Brown*

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------X
SHERRIE RUSSELL-BROWN,           :
                                 :
   Plaintiff,                    :
                                 :  Civil Action No. 2:10-cv-04017-SDW-MCA
       v.                     :
                                 :
THE UNIVERSITY OF FLORIDA,       :  **ORDER**
BOARD OF TRUSTEES, THE           :
UNIVERSITY OF FLORIDA,           :
LEVIN COLLEGE OF LAW,            :
ROBERT H. JERRY, II, in his      :
individual and official capacities as :
Dean of the University of Florida, :
Levin College of Law, THE        :
UNIVERSITY OF OXFORD and         :
OXFORD UNIVERSITY                :
DEVELOPMENT (NORTH AMERICA), :
INC.,                            :
                                 :
   Defendants.                   :
                                 :
---------------------------------------------------------X

      **THIS MATTER** having been opened to the Court by Stevens, Hinds & White, P.C., attorneys for Plaintiff Sherrie Russell-Brown (Lennox S. Hinds, Esq., appearing), on notice to Defendants, upon Motion for entry of an Order, pursuant to Fed. R. Civ. P. 15, allowing Plaintiff's Amended Complaint (Docket Entry No. 7) to be amended to name ALM Media, LLC, William L. Pollak and Karen Sloan, as Defendants, to include the specific factual allegations related to those parties and to provide additional jurisdictional facts, and the Court having considered the papers and

for good cause shown;

**IT IS** on this _____ day of _____, 2010/2011,

**ORDERED** that Plaintiff is given leave to amend her Amended Complaint (Docket Entry No. 7) in this action in the form annexed as Exhibit 1 to the Certification of Counsel (Docket Entry No. _____) and;

**IT IS FURTHER ORDERED THAT**

(a) since counsel for all Defendants, including counsel for ALM Media, LLC, William L. Pollak and Karen Sloan (Bruce S. Rosen, Esq.), have entered appearances and receive electronic filings in this action, Plaintiff's First Amended Complaint (Docket Entry No. _____) is deemed filed and served by the Electronic Case Filing ("ECF") system, as of the date of this Order; or

(b) Plaintiff may file her First Amended Complaint (Docket Entry No. _____) within ____ days and serve within ____ days of the date of this Order; and

**IT IS FURTHER ORDERED THAT** Defendants shall file their respective Answers to Plaintiff's First Amended Complaint

(a) on or before the _____ day of _____, 2010/2011; or

(b) within the time permitted by the Federal Rules of Civil Procedure.

**SO ORDERED.**

_____

Dated: _____

____ Opposed

____ Unopposed

2