## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 9, 2010, the foregoing Notice of Motion to Amend Complaint, Certification of Counsel with Exhibit and Proposed Order have been filed with the Clerk of the Court and served electronically by using the CM/ECF system, upon the following:

Zoë Eva Jasper, Esq.
SATTERLEE STEPHENS BURKE & BURKE LLP
33 Wood Avenue South
Iselin, New Jersey 08830
732-603-4966
zjasper@ssbb.com
*Attorneys for Defendants the University of Oxford and Oxford University Development (North America), Inc.*

Bruce S. Rosen, Esq.
MCCUSKER, ANSELMI, ROSEN & CARVELLI, P.C.
210 Park Avenue, Suite 301
P.O. Box 240
Florham Park, New Jersey 07932
973-635-6300
BRosen@marc-law.com
*Attorneys for Defendants ALM Media, LLC, William L. Pollak and Karen Sloan*

Ian S. Marx, Esq.
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
973-360-7900
marxi@gtlaw.com
*Attorneys for Defendants the University of Florida, Board of Trustees, the University of Florida, Levin College of Law and Robert H. Jerry, II*

                                                            s/ Lennox S. Hinds
                                                            Lennox S. Hinds
                                                            Attorney for Plaintiff