## CERTIFICATE OF SERVICE

I hereby certify that a true copy was served of the following document on all parties by electronic filing on the 20th day of December, 2010:

The Memorandum of Law of The University of Oxford and Oxford University Development (North America), Inc. in opposition to Plaintiff's Motion to Amend.

Dated: December 20, 2010

_____
James I. Doty