# *Stevens, Hinds & White, P.C.*

HOPE R. STEVENS (1904-1982)
JAVIER A. WHITE (1945-1987)
LENNOX S. HINDS *

**ATTORNEYS AT LAW**
**116 WEST 111ᵀᴴ STREET**
**NEW YORK, NY 10026**

NEW JERSEY OFFICE
42 VAN DOREN AVENUE
SOMERSET, NJ 08873
(732) 873-3096

Of-Counsel:
JULIETTE CHINAUD
GNOLEBA R. SERI *
DIDIER SEPHO◊

TEL: (212) 864-4445
FAX: (212) 222-2680
E-MAIL: lawfirmshw@yahoo.com

PARIS OFFICE
27, AVENUE DE L'OPERA
75001 PARIS

*Also in*
\*   New Jersey
◊   Paris

December 23, 2010

<u>**VIA ELECTRONIC FILING**</u>

Honorable Susan D. Wigenton, United States District Judge
KING FED. BLDG. & UNITED STATES COURTHOUSE
50 Walnut Street, P.O. Box 999
Newark, New Jersey 07101-0999

    Re:    **Russell-Brown v. The University of Florida Board of Trustees et al., No. 10-cv-04017-SDW-MCA**

Dear Judge Wigenton:

    I represent Plaintiff Sherrie Russell-Brown in the above-referenced matter. In light of the upcoming Christmas holiday weekend and with the consent of opposing counsel, I write to request that the Court grant Ms. Russell-Brown a moderate extension of the briefing schedule for her Motion to Amend (Docket Entry No. 44). The motion date for Ms. Russell-Brown's Motion to Amend is January 3, 2011. On December 20, 2010, only one opposition brief was filed, by Defendants the University of Oxford ("Oxford") and Oxford University Development, North America, Inc. ("OUD") (Docket Entry No. 48). Currently, Ms. Russell-Brown's reply brief is due on Monday, December 27, 2010. Counsel for Oxford and OUD have consented to an extension until Thursday, December 30, 2010.

    Thank you for your consideration.

                                              Respectfully submitted,

                                              /s/ Lennox S. Hinds

LSH/sbt