# *Stevens, Hinds & White, P.C.*

| | | |
|---|---|---|
| HOPE R. STEVENS (1904-1982) <br> JAVIER A. WHITE (1945-1987) <br> LENNOX S. HINDS * | **ATTORNEYS AT LAW** <br> **116 WEST 111TH STREET** <br> **NEW YORK, NY 10026** | **NEW JERSEY OFFICE** <br> 42 VAN DOREN AVENUE <br> SOMERSET, NJ 08873 <br> (732) 873-3096 |
| **Of-Counsel:** <br> JULIETTE CHINAUD <br> GNOLEBA R. SERI * <br> DIDIER SEPHO◊ | TEL: (212) 864-4445 <br> FAX: (212) 222-2680 <br> E-MAIL: lawfirmshw@yahoo.com | **PARIS OFFICE** <br> 27, AVENUE DE L'OPERA <br> 75001 PARIS |
| *Also in* <br> *   New Jersey <br> ◊   Paris | | |

December 23, 2010

**VIA ELECTRONIC FILING**

Honorable Susan D. Wigenton, United States District Judge
KING FED. BLDG. & UNITED STATES COURTHOUSE
50 Walnut Street, P.O. Box 999
Newark, New Jersey 07101-0999

    Re:    **Russell-Brown v. The University of Florida Board of Trustees et al., No. 10-cv-04017-SDW-MCA**

Dear Judge Wigenton:

    I represent Plaintiff Sherrie Russell-Brown in the above-referenced matter. Pursuant to L.Civ.R.7.1(d)(5), I write to obtain the automatic extension of Ms. Russell-Brown's time to file her opposition papers to the Defendants', the University of Oxford ("Oxford") and Oxford University Development, North America, Inc. ("OUD"), Motions to Dismiss (Docket Entry Nos. 46 and 47). The current motion date is January 18, 2011. Ms. Russell-Brown respectfully requests an adjournment of that date to February 7, 2011. Ms. Russell-Brown has a pending Motion to Amend (Docket Entry No. 44), with a motion date of January 3, 2011. On December 20, 2010, only one opposition brief was filed, by the Defendants Oxford and OUD (Docket Entry No. 48).

    Thank you for your consideration.

                                                Respectfully submitted,

                                                /s/ Lennox S. Hinds

LSH/sbt