SATTERLEE STEPHENS BURKE & BURKE LLP
230 PARK AVENUE
NEW YORK, NY 10169-0079
(212) 818-9200

METROPARK
33 WOOD AVENUE SOUTH
ISELIN, NJ 08830
(732) 603-4966

FAX (212) 818-9606, 9607
www.ssbb.com

E-Mail: jdoty@ssbb.com
Direct Dial: (212) 404-8718

January 24, 2011

VIA ELECTRONIC FILING AND FIRST CLASS MAIL

The Honorable Madeline Cox Arleo
United States District Judge
United States District Court for the District of New Jersey
Martin Luther King Courthouse
50 Walnut Street, Room 2060
Newark, NJ 07101

    Re:    Russell-Brown v. The University of Florida Board of Trustees, et al., No. 10-cv-4017-SDW-MCA

Dear Judge Arleo:

    We represent defendants the University of Oxford ("Oxford") and Oxford University Development, North America, Inc. ("OUD") in the above-referenced action. We write to request that the Court grant the parties a moderate extension of the briefing schedule for the motions to dismiss filed by Oxford and OUD. Currently, Plaintiff's opposition briefs are due today, and reply briefs are due on January 31, 2011. We request that the Court permit Plaintiff to file her opposition briefs by January 28, 2011 and permit Oxford and OUD to file their replies by February 14, 2011. Under this proposed schedule, both motions would be returnable on February 22, 2011. Plaintiff's counsel has consented to this proposed schedule.

    We would also like to address briefly the letter from Plaintiff's counsel, dated January 21, 2011, in which he requests that the Court hold a status conference. Oxford and OUD oppose this request on the ground that there is simply nothing for the parties and the Court to discuss. Indeed, Mr. Hinds' letter pointedly fails to provide any topic on which further guidance from the Court is needed. The pending motions will soon be fully briefed, and Plaintiff may serve her Second Amended Complaint on the additional defendants if and when her motion to amend is granted.

    Respectfully submitted,

James I. Doty