**GT GreenbergTraurig**

Ian S. Marx
Direct Dial: (973) 360-7951
Direct Fax: (973) 295-1307
Email: marxi@gtlaw.com

January 24, 2011

**BY ELECTRONIC FILING**

Honorable Madeline Cox Arleo, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Federal Building
  & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

> RE: **Russell-Brown v.
> The University of Florida Board of Trustees, et. al.
> Civil Action No.:10-cv-4017(SDW)(MCA)**

Dear Judge Arleo:

    We represent the University of Florida Defendants and write to seek leave of the Court for an additional week in which to respond to the Plaintiff's Complaint. Pursuant to the Rules and our agreement with Plaintiff's counsel (*see* Docket Entry No. 41 (at ¶ 14)), our response to the pleading is due on or before January 28, 2011.

    We are asking that this deadline be enlarged to February 4, 2011 (a 7 day extension) so that our client may continue and complete its review of our proposed response and we believe such extension is necessary to enable our response to be finalized, filed and served.

    I sought the consent of plaintiff's counsel to this request, to which Mr. Hinds responded that "[f]or the reasons explained in my 1/21 letter to Judge Arleo, we'd prefer you seek leave of Court, if you need the additional week." We do not believe that Plaintiff's prosecution of this case will be prejudiced by a 7 day enlargement of time in which we are required to respond to the Complaint. Therefore, we respectfully request that the Court grant our request and permit us until February 4, 2011 to respond to the Complaint.

    We appreciate the Court's usual kind consideration and courtesies.

Respectfully submitted,

/s/ *Ian S. Marx*
IAN S. MARX

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO**
TYSONS CORNER
WASHINGTON, D.C.
WHITE PLAINS
ZURICH**

*OPERATES AS GREENBERG TRAURIG MAHER LLP
**STRATEGIC ALLIANCE

Hon. Madeline Cox Arleo, U.S.M.J.
January 24, 2011
Page 2

ISM/bap
cc:    Lennox S. Hinds, Esq. (by Email)
       Mark A Fowler, Esq. (by Email)
       Bruce Rosen, Esq. (by Email)