# *Stevens, Hinds & White, P.C.*

| | **ATTORNEYS AT LAW** | |
|---|---|---|
| HOPE R. STEVENS (1904-1982)<br>JAVIER A. WHITE (1945-1987)<br>LENNOX S. HINDS * | **116 WEST 111TH STREET**<br>**NEW YORK, NY 10026** | NEW JERSEY OFFICE<br>42 VAN DOREN AVENUE<br>SOMERSET, NJ 08873<br>(732) 873-3096 |
| *Of-Counsel:*<br>JULIETTE CHINAUD<br>GNOLEBA R. SERI *<br>DIDIER SEPHO◊ | TEL: (212) 864-4445<br>FAX: (212) 222-2680<br>E-MAIL: lawfirmshw@yahoo.com | PARIS OFFICE<br>27, AVENUE DE L'OPERA<br>75001 PARIS |

*Also in*
* New Jersey
◊ Paris

February 15, 2011

<u>**VIA ELECTRONIC FILING AND U.S. MAIL**</u>

Honorable Susan D. Wigenton, United States District Court Judge
United States District Court
MARTIN LUTHER KING, JR. FEDERAL BUILDING & COURTHOUSE
50 Walnut Street – Room 5060
Newark, New Jersey 07101

      Re:    *Russell-Brown v. The University of Florida Board of Trustees et al.*, No. 10-cv-04017-SDW-MCA

Dear Judge Wigenton:

    I represent Plaintiff Sherrie Russell-Brown in the above-referenced matter. Pursuant to L.Civ.R.7.1(d)(5), I write to obtain the automatic extension of Ms. Russell-Brown's time to file her opposition papers to the University of Florida Defendants' Motion to Dismiss (Docket Entry No. 63). The current motion date is March 7, 2011. Ms. Russell-Brown respectfully requests, and the University of Florida Defendants also consent to, an adjournment of that date to March 21, 2011.

    Thank you for your consideration.

                                                      Respectfully submitted,

                                                      /s/ Lennox S. Hinds

LSH/sbt